UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

WESTERN DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. 1:16-cr-176 |
| Plaintiff, | |
| vs. | SENTENCING MEMORANDUM |
| VERNON VALENTINO POOK, JR., | |
| Defendant. | |

_____

Vernon Pook is requesting a United States Sentencing Guideline range sentence of 10 years (120 months) imprisonment with four (4) years of supervised release to follow. The United States Guideline range for a violation of 18 U.S.C. § 924(c)(1)(A) where the defendant is not convicted of another crime is the minimum term of imprisonment under statute. USSG § 2K2.4(b). A violation of 18 U.S.C. § 924(c)(1)(A)(iii) requires a mandatory minimum term of imprisonment of ten years (120 months). Thus, the USSG range is ten years. USSG § 2K2.4(b) and 18 U.S.C. § 924(c)(1)(A)(iii); *see also* Presentence Investigation Report, ¶ 73. Mr. Pook is not requesting a downward departure or variance because the Court cannot sentence him below the mandatory minimum in this case. Mr. Pook is jointly recommending a Guideline range sentence with the government, specifically 10 years imprisonment. *See* DCD # 33 and 40. The only difference in the recommendation is Mr. Pook is requesting four (4) and not five (5) years of supervised release.

Dated this 21st day of August, 2017.

          Respectfully submitted,

          NEIL FULTON
          Federal Public Defender
          By:

          /s/ *Ryan M. Costello*
          Ryan M. Costello,
          Assistant Federal Public Defender
          Attorney for Defendant
          Office of the Federal Public Defender
          Districts of South Dakota and North Dakota
          324 North 3rd Street, Suite 1
          Bismarck, ND 58501
          Telephone: 701-250-4500 Facsimile: 701-250-4498
          filinguser_SDND@fd.org