PROB 12B
(Rev. 3/12)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Person under Supervision**
*(Probation Form 49, Waiver of Hearing is attached)*

| | |
|---|---|
| Name of Person Under Supervision: Vernon Valentino Pook | Case Number: 0868 1:16CR00176 |
| Name of Sentencing Judicial Officer: Daniel L. Hovland U.S. District Court Judge | |
| Date of Original Sentence: 8/28/2017 | |
| Original Offense: Discharging of a Firearm in Furtherance of a Drug Trafficking Crime | |
| Original Sentence: 120 months, followed by 5 years supervised release | |
| Type of Supervision: Supervised Release | Date Supervision Commenced: 5/9/2025 |

### PETITIONING THE COURT

☐ To extend the term of supervision for _____ Years, for a total term of _____ Years.
☒ To modify the conditions of supervision as follows:

1. You must totally abstain from the use of alcohol and illegal drugs or the possession of a controlled substance, as defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants or psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair your physical or mental functioning.
2. You must submit to drug/alcohol screening at the direction of the United States Probation Officer to verify compliance. Failure or refusal to submit to testing can result in mandatory revocation. Tampering with the collection process or specimen may be considered the same as a positive test result.
3. You must participate in a chemical dependency treatment program as approved by the supervising probation officer.
4. You must participate in mental health treatment/counseling as directed by the supervising probation officer.
5. You must not knowingly enter any [bar, tavern, etc.] without first obtaining the permission of the probation officer.

PROB 12B
(Rev. 2/13)
Pook, Vernon
0868 1:16CR00176

CAUSE

On November 1, 2025, Mr. Pook was arrested by the Mandan Police Department and charged with Terrorizing and Unlawful entry into a Motor Vehicle in Motor County District Court. The charges are currently pending. Given the nature of Mr. Pook's convicted offense and recent allegations, it is believed this modification is necessary to assist in the successful term of supervised release.

Respectfully submitted,

By: /s/ Bobby Wiseman
U.S. Probation Officer
Date: November 3, 2025

THE COURT ORDERS:

☐ No action.
☐ The extension of supervision as noted above.
☒ The modification of conditions as noted above.
☐ Other

Signature of Judicial Officer

November 6, 2025
Date

PROB 49
(Rev. 2/2013)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By assistance of counsel, I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. You must totally abstain from the use of alcohol and illegal drugs or the possession of a controlled substance, as defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants or psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair your physical or mental functioning.
2. You must submit to drug/alcohol screening at the direction of the United States Probation Officer to verify compliance. Failure or refusal to submit to testing can result in mandatory revocation. Tampering with the collection process or specimen may be considered the same as a positive test result.
3. You must participate in a chemical dependency treatment program as approved by the supervising probation officer.
4. You must participate in mental health treatment/counseling as directed by the supervising probation officer.
5. You must not knowingly enter any [bar, tavern, etc.] without first obtaining the permission of the probation officer.

_____
Bobby Wiseman
U.S. Probation Officer

_____  11/4/25
Vernon Pook Jr.         Date