PROB 12B
(Rev. 3/12)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Person under Supervision**
*(Probation Form 49, Waiver of Hearing is attached)*

| | |
|---|---|
| Name of Person Under Supervision: Vernon Valentino Pook | Case Number: 0868 1:16CR00176 |
| Name of Sentencing Judicial Officer: Daniel L. Hovland U.S. District Court Judge | |
| Date of Original Sentence: 8/28/2017 | |

Original Offense: Discharge of a Firearm in Furtherance of a Drug Trafficking Crime

Original Sentence: 120 months custody followed by 5-years supervised release

| | |
|---|---|
| Type of Supervision: Supervised Release | Date Supervision Commenced: 5/9/2025 |

### PETITIONING THE COURT

☐ To extend the term of supervision for _____ Years, for a total term of _____ Years.
☒ To modify the conditions of supervision as follows:

The person under supervision shall participate in the Remote Alcohol Detection Program for up to 120 days and shall abide by all technology requirements. The person under supervision is to refrain from any use of alcoholic beverages. The person under supervision shall follow all program rules and pay all or part of the costs of participation in the alcohol monitoring program, including equipment loss or damage, as directed by the Court and/or officer.

CAUSE

Given the nature of Mr. Pook's convicted offense and recent violations regarding alcohol use, it is believed this modification will assist in the successful term of supervised release.

Respectfully submitted,

By: /s/ Jeff Frankeberger
Supervisory U.S. Probation Officer
Date: December 22, 2025

PROB 12B
(Rev. 2/13)
Pook, Vernon
0868 1:16CR00176

THE COURT ORDERS:

☐ No action.
☐ The extension of supervision as noted above.
☑ The modification of conditions as noted above.
☐ Other

_____
Signature of Judicial Officer

December 22, 2025
Date

PROB 49
(Rev. 2/2013)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By assistance of counsel, I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The person under supervision shall participate in the Remote Alcohol Detection Program for up to 120 days and shall abide by all technology requirements. The person under supervision is to refrain from any use of alcoholic beverages. The person under supervision shall follow all program rules and pay all or part of the costs of participation in the alcohol monitoring program, including equipment loss or damage, as directed by the Court and/or officer.

_____
Jeff Frankeberger
Supervisory U.S. Probation Officer

_____  12/22/25
Vernon Pook          Date