PROB 12C
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

## Petition for Warrant or Summons for Person under Supervision

Name of Person Under Supervision:  Vernon Valentino Pook    Case Number:   0868 1:16CR00176

Name of Sentencing Judicial Officer:   Daniel L. Hovland, U.S. District Court Judge

Date of Original Sentence:  August 28, 2017

Original Offense:         Discharge of a Firearm in Furtherance of a Drug Trafficking Crime

Original Sentence:        120 Months Custody followed by 5 years Supervised Release

Type of Supervision:  TSR            Date Supervision Commenced:  5/9/2025

Asst. U.S. Attorney: Dawn M. Deitz        Defense Attorney: Ryan Costello

---

### PETITIONING THE COURT

☒   To issue a warrant

☐   To issue a summons

The probation officer believes that the person under supervision has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

1.    **Mr. Pook left the judicial district on or about December 7, 2025, without permission.** This is believed to be in violation of Standard Condition #3, which states you must knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the Court or the probation officer.

2.    **Mr. Pook tested presumptive positive for alcohol at the United States Probation Office on December 8, 2025, and admitted to drinking the weekend prior.** This is believed to be in violation of modified condition #1, which states you must totally abstain from the use of alcohol and illegal drugs or the possession of a controlled substances.

3.    **Mr. Pook tested presumptive positive for alcohol and cocaine at the United States Probation office on December 22, 2025. He admitted to the use of alcohol but**

PROB 12C
(Rev. 2/13)
Pook, Vernon
0868 1:16CR00176

**denied the use of cocaine. Laboratory results were received on December 31, 2025, which the specimen tested positive for cocaine metabolite.** This is believed to be in violation of modified condition #1, which states you must totally abstain from the use of alcohol and illegal drugs or the possession of a controlled substance. It is also in violation of mandatory conditions #2 and #3 which state you must not unlawfully possess a controlled substance and you must refrain from any unlawful use of controlled substances.

5. **On December 31, 2025, law enforcement executed a search warrant at Mr. Pook's residence and seized cocaine, digital scales, small plastic baggies, and U.S. currency.** This is believed to be in violation of modified condition #1, which states you must totally abstain from the use of alcohol and illegal drugs or the possession of a controlled substance. It is also in violation of mandatory conditions #2 which states you must not unlawfully possess a controlled substance.

U.S. Probation Officer Recommendation: It is respectfully requested that a warrant be issued for the defendant and that hearings be held to determine if he has violated the terms of his supervision.

☐ The term of supervision should be:

☒ Revoked.

☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 31, 2025

/s/ Bobby Wiseman
U.S. Probation Officer

PROB 12C
(Rev. 2/13)
Pook, Vernon
0868 1:16CR00176

---

THE COURT ORDERS:

☐ No Action.

☒ The Issuance of a Warrant/Matter Sealed Pending Arrest.

☐ The Issuance of a Summons.

☐ Other

_____
Signature of Judicial Officer

Jan 2, 2026
_____
Date